

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-8-2004

# Southco Inc v. Kanebridge Corp

Precedential or Non-Precedential: Precedential

Docket No. 02-1243

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"Southco Inc v. Kanebridge Corp" (2004). *2004 Decisions.* Paper 24.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/24

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 02-1243

_____


SOUTHCO, INC.,

Appellant

v.

KANEBRIDGE CORPORATION

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

District Court Judge: Honorable Norma L. Shapiro
(D.C.  No. 99-cv-04337)

_____


Argued: December 3, 2002
Reargued En Banc: October 8, 2003

Before: SCIRICA, Chief Judge, SLOVITER, NYGAARD, ALITO, ROTH, McKEE,
RENDELL, BARRY, AMBRO, FUENTES, SMITH, CHERTOFF, and BECKER,
Circuit Judges

(Opinion Filed December 3, 2004)


_____


ORDER AMENDING OPINION

_____


The opinion in the above case is hereby amended as follows:

At page two of the opinion delete the following:

ALITO, Circuit Judge with whom SCIRICA, Chief Judge, SLOVITER, NYGAARD, MCKEE (Joining Parts I and II only), RENDELL, BARRY, AMBRO, FUENTES, SMITH (Joining Parts I and II only) and BECKER (Joining Part II only), Circuit Judges, join:

Replace with the following:

ALITO, Circuit Judge:[*]

BY THE COURT:


/s/ Samuel A. Alito, Jr.
Circuit Judge

DATED: December 8, 2004

---

[*]Chief Judge SCIRICA and Judges SLOVITER, NYGAARD, RENDELL, BARRY, AMBRO, FUENTES join this opinion. Judges MCKEE, SMITH, and BECKER Join Parts I and II.